1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11

12  This Document Relates to:                    )
                                                 )
13  *Donald Whitman, et al. v. Pfizer Inc*       )   **MDL NO. 1699**
    (06-1350 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Mildred Hance v. Pfizer Inc, et al.*        )
15  (06-1718 CRB)                                )
                                                 )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
    (06-2621 CRB)                                )   **DISMISSAL WITH PREJUDICE**
17                                               )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                               )
    (06-2649 CRB)                                )
19                                               )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                               )
    (06-2658 CRB)                                )
21                                               )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                               )
    (06-2660 CRB)                                )
23                                               )
    *Ronny Maria Sanders, et al. v. Pfizer Inc*  )
24  (06-2681 CRB)                                )
                                                 )
25  *Lori Sargent et al. v. Pfizer Inc*          )
    (06-3675 CRB)                                )
26                                               )
    *James Hall, et al. v. Pfizer Inc*           )
27  (06-3676 CRB)                                )
                                                 )
28  *John Hayhurst v. Pfizer Inc, et al.*        )

                                   -1-

                  **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
   EAST\42581180.1

| | |
|---|---|
| 1 | (06-3758 CRB) )|
| 2 | *Bill Casillas, et al. v. Pfizer Inc, et al.* ) |
| 3 | (06-3958 CRB) ) |
| 4 | *Patricia Knudsen v. Pfizer Inc, et al.* ) <br> (06-4043 CRB) ) |
| 5 | *Betty Moncrief, et al. v. Pfizer Inc, et al .* ) <br> (06-4100 CRB) ) |
| 6 | |
| 7 | *Annette Edelen, et al. v. Pfizer Inc, et al.* ) <br> (06-4147 CRB) ) |
| 8 | *Debbie Mitchell v. Pfizer Inc, et al.* ) <br> (06-4296 CRB) ) |
| 9 | |
| 10 | *Joseph Gastaldi, et al. v. Pfizer Inc, et al.* ) <br> (06-4362 CRB) ) |
| 11 | *Demetrio Rubio v. Pfizer Inc, et al.* ) <br> (06-4449 CRB) ) |
| 12 | |
| 13 | *Earlene McBride, et al. v. Pfizer Inc, et al.* ) <br> (06-4462 CRB) ) |
| 14 | *Louis Walkingstick, et al. v. Pfizer Inc, et al.* ) <br> (6-4463 CRB) ) |
| 15 | |
| 16 | *Virginia Thorne v. Pfizer Inc, et al.* ) <br> (06-4464 CRB) ) |
| 17 | *Rojelio Longoria, et al. v. Pfizer Inc, et al.* ) <br> (06-4586 CRB) ) |
| 18 | |
| 19 | *Annie White, et al. v. Pfizer Inc, et al.* ) <br> (06-4678 CRB) ) |
| 20 | *Martha Stevens, et al. v. Pfizer Inc, et al.* ) <br> (06-4920 CRB) ) |
| 21 | |
| 22 | *Janette Smith v. Pfizer Inc, et al.* ) <br> (06-4977 CRB) ) |
| 23 | *Roselie Atkins, et al. v. Pfizer Inc, et al.* ) <br> (06-5272 CRB) ) |
| 24 | |
| 25 | *Dawna Garza v. Pfizer Inc, et al.* ) <br> (06-5416 CRB) ) |
| 26 | *Ralph Adams, et al. v. Pfizer Inc, et al.* ) <br> (06-5591 CRB) ) |
| 27 | |
| 28 | *Albert Leong v. Pfizer Inc, et al.* ) <br> (06-5666 CRB) ) |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

| | |
|---|---|
| *Catherine Connolly, et al. v. Pfizer Inc, et al.*<br>(06-5738 CRB) | ) |
| *Randy Masker, et al. v. Pfizer Inc, et al.*<br>(06-5739 CRB) | ) |
| *Charlie Rhome, et al. v. Pfizer Inc, et al.*<br>(06-5740 CRB) | ) |
| *Paulette Balda, et al. v. Pfizer Inc, et al.*<br>(06-5765 CRB) | ) |
| *William Halpin, et al. v. Pfizer Inc, et al.*<br>(06-5777 CRB) | ) |
| *Patricia Howard, et al. v. Pfizer Inc, et al.*<br>(06-5916 CRB) | ) |
| *Alice Ryan, et al. v. Pfizer, Inc, et al.*<br>(06-5917 CRB) | ) |
| *William Coleman, et al. v. Pfizer Inc, et al.*<br>(06-5918 CRB) | ) |
| *Monica Mittag, et al. v. Pfizer Inc, et al.*<br>(06-5919 CRB) | ) |
| *Cynthia Smith, et al. v. Pfizer Inc, et al.*<br>(06-5963 CRB) | ) |
| *John Roof v. Pfizer Inc, et al.*<br>(06-5964 CRB) | ) |
| *Lynda Jack, et al. v. Pfizer Inc, et al.*<br>(06-5965 CRB) | ) |
| *Ernest Grant v. Pfizer Inc, et al.*<br>(06-5970 CRB) | ) |
| *Alice L. Pettit, et al. v. Pfizer Inc, et al.*<br>(06-5973 CRB) | ) |
| *Wade Smith, et al. v. Pfizer Inc, et al.*<br>(06-5975 CRB) | ) |
| *Richard Gilmore, et al. v. Pfizer Inc, et al.*<br>(06-5977 CRB) | ) |
| *Sergio Estrada v. Pfizer Inc, et al.*<br>(06-5978 CRB) | ) |
| *John Vallee, et al. v. Pfizer Inc, et al.*<br>(06-5981 CRB) | ) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

1     *Betty Scott, et al. v. Pfizer Inc, et al.*       )
       *(06-5983 CRB)*       )

2         )

3    *Norman Hamblen, et al. v. Pfizer Inc, et al.* )
       *(06-6058 CRB)*       )

4    *Dennis Johns, et al. v. Pfizer Inc, et al.* )
       *(06-6059 CRB)*       )

5         )

6    *Marion Walker, et al. v. Pfizer Inc, et al.* )
       *(06-6060 CRB)*       )

7    *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* )
       *(06-6061 CRB)*       )

8         )

9    *Mary Gonzales, et al. v. Pfizer Inc, et al.* )
       *(06-6062 CRB)*       )

10    *Melvin Kenney, et al. v. Pfizer Inc, et al.* )
       *(06-6064 CRB)*       )

11         )

12    *Carol Pellini, et al. v. Pfizer Inc, et al.* )
       *(06-6065 CRB)*       )

13    *Antonio Pratts v. Pfizer Inc, et al.* )
       *(06-6066 CRB)*       )

14         )

15    *Mark Childs v. Pfizer Inc, et al.* )
       *(06-6067 CRB)*       )

16    *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* )
       *(06-6068 CRB)*       )

17         )

18    *James E. Garver, et al. v. Pfizer Inc, et al.* )
       *(06-6070 CRB)*       )

19    *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )
       *(06-6071 CRB)*       )

20         )

21    *Beth Lehnan, et al. v. Pfizer Inc, et al.* )
       *(06-6073 CRB)*       )

22    *Sharon Payne, et al. v. Pfizer Inc, et al.* )
       *(06-6075 CRB)*       )

23         )

24    *Nancy Harsh, et al. v. Pfizer Inc, et al.* )
       *(06-6083 CRB)*       )

25    *Dennis Yeager, et al. v. Pfizer Inc, et al.* )
       *(06-6084 CRB)*       )

26         )

27    *Lynda Jack, et al. v. Pfizer, Inc. et al.* )
       *(06-6087 CRB)*       )

28    *Fred Hardee, et al. v. Pfizer Inc, et al.* )

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2581180.1

| | | |
|---|---|---|
| 1 | (06-6088 CRB) | ) |
| 2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.*<br>(06-6089 CRB) | )<br>) |
| 3 | | ) |
| 4 | *Willie Vaughn v. Pfizer Inc, et al.*<br>(06-6092 CRB) | )<br>) |
| 5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.*<br>(06-6093 CRB) | )<br>) |
| 6 | | ) |
| 7 | *Douglas Horton v. Pfizer Inc, et al.*<br>(06-6094 CRB) | )<br>) |
| 8 | *June N. Bell v. Pfizer Inc, et al.*<br>(06-6095 CRB) | )<br>) |
| 9 | | ) |
| 10 | *Jerry Rice, et al. v. Pfizer Inc, et al.*<br>(06-6096 CRB) | )<br>) |
| 11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.*<br>(06-6097 CRB) | )<br>) |
| 12 | | ) |
| 13 | *Steven Woods, et al. v. Pfizer Inc, et al.*<br>(06-6098 CRB) | )<br>) |
| 14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.*<br>(06-6116 CRB) | )<br>) |
| 15 | | ) |
| 16 | *April Froehlich, et al. v. Pfizer Inc, et al.*<br>(06-6117 CRB) | )<br>) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

DATED: 10-29, 2009     By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: NOV 1 3 2009     _____
Hon. Charles R. Breyer
United States District Court

-6-